ROSS A. SPECTOR, ESQ. (SB #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390

Attorneys for Plaintiff and Judgment Creditor
XEROX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XEROX CORPORATION, | Case: C97-0143 CAL (WDB) |
| Plaintiff, | (Proposed) ORDER VACATING ORDER FOR APPEARANCE AND EXAMINATION |
| vs. | |
| LEONARD CHIN dba ONLINE IMAGES, | Date: April 25, 2007<br>Time: 9:30am<br>Judge: Hon. Wayne D. Brazil |
| Defendant. | |

As plaintiff and judgment creditor Xerox Corporation has been unable to effectuate service of the Court's March 28, 2007 Order to Appear for Examination, said Order is hereby vacated and the hearing date shall be removed from the Court's calendar.

DATED: 4/25/07

_____
Wayne D. Brazil
United States Magistrate Judge

**(Proposed) ORDER** 1