ROSS A. SPECTOR, ESQ. (S.B. #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Telefax: (415) 707-2064

Attorneys for Plaintiff and Judgment Creditor
XEROX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, | Case No: C97-0143 CAL (WDBx) |
| Plaintiff, | STIPULATION CONTINUING DATE OF EXAMINATION OF CEU WONG; ORDER |
| vs. | |
| LEONARD CHIN dba ONLINE IMAGES, | |
| Defendants. | |

Plaintiff Xerox Corporation ("Xerox"), defendant Leonard Chin ("Chin") and examinee Ceu Wong ("Wong"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. Currently on calendar for September 20, 2007 is the third party examination of Ceu Wong.

2. Ms. Wong is afflicted with a serious illness which will require treatment and rest during the days surrounding September 20.

3. In light of Ms. Wong's illness, Xerox, Chin and Wong have agreed to continue the examination to October 25, 2007 at 9:30am.

STIPULATION AND ORDER                                                                 1

4. Ms Wong was personally served with the subject Application and Order for Appearance and Examination on August 20, 2007. The parties agree that service by mail of a copy of the below Order upon counsel for Ms. Wong, John Kithas, Esq., shall be deemed the equivalent of personal service upon Ms. Wong.

Dated: 9/17/07
SPECTOR & BENNETT
A Professional Corporation

By /s/
Ross A. Spector, Esq.
Attorneys for Plaintiff Xerox Corporation

Dated: September 14, 2007
LAW OFFICES OF JOHN A. KITHAS

By /s/
John A. Kithas, Esq.
Attorneys for Defendant Leonard Chin and Examinee Ceu Wong

### ORDER

**IT IS HEREBY ORDERED** that the examination of Ceu Wong currently set for September 20, 2007 is hereby continued to October 25, 2007 at 9:30am. **IT IS FURTHER ORDERED** that service by mail of this Order upon counsel for Ms. Wong, John Kithas, Esq., shall be deemed the equivalent of personal service upon Ms. Wong.

Dated: 9-20-07

/s/ Wayne D. Brazil
Wayne D. Brazil
United States Magistrate Judge

**STIPULATION AND ORDER**                                                2